# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00199-MR

| | |
|---|---|
| RUSSELL V. SAWYER,      )<br>)<br>Plaintiff,      )<br>)<br>vs.      )<br>)<br>ANDREW M. SAUL,      )<br>Commissioner of Social Security,      )<br>)<br>Defendant.      )<br>_____ ) | **ORDER TO SHOW CAUSE** |

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff initiated this action on June 20, 2019. [Doc. 1]. Along with the Complaint, the Plaintiff's counsel submitted an Application, seeking to proceed with this civil action without having to prepay the costs associated with prosecuting the matter. [Doc. 2]. The Application and the Affidavit in support thereof, however, were not signed by the Plaintiff but rather by his attorney "on behalf of" the Plaintiff. [Id.]. The Court denied the Plaintiff's Application without prejudice. [Doc. 3]. In its Order, the Court cautioned the Plaintiff that if he wished to proceed without the prepayment of costs, he must submit an Application and an Affidavit signed by the Plaintiff himself. [Id. at 1].

More than thirty (30) days have now passed, and the Plaintiff has not filed an amended Application or paid the filing fee.

Accordingly, **IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the Plaintiff shall **SHOW CAUSE** why this case should not be dismissed without prejudice due to the Plaintiff's failure to pay the filing fee or file a proper application to proceed without the prepayment of fees. The Plaintiff is advised that the failure to show cause within the time required will result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Signed: August 12, 2019

Martin Reidinger
United States District Judge